UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| ANDREW TODD ZIMMEL, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | No. 1-14-00024 Senior Judge Haynes |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 17) to deny Plaintiff's motion for judgment on the administrative record (Docket Entry No. 12) and affirm the Social Security Administration's decision, to which Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, Plaintiff's motion for judgment on the administrative record (Docket Entry No. 12) is **DENIED** and the Social Security Administration's decision is **AFFIRMED**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 23rd day of March, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge